Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MONICA CLARK**                                              CV 10-6425-ST

      Plaintiff,

      v.                                               ORDER FOR EAJA
                                                                     ATTORNEY FEES

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

      Defendant.

---

      Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,362.33 for attorney fees to Plaintiff to be mailed to Plaintiff's attorney at 316 Second Rd, Summertown, TN. 38483.

      It is so ORDERED

      Dated this 10th day of February, 2012

                                                                          United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES